IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE D. RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>DR. CARDRIEA, LASTING HOPE HOSPITIAL, DR. SHAIE, DR. ABEL, DR. NAJEEB, LINCOLN REGENOL, JUDGE CANDICE, CHREIGHTON HOSPITAL, LASTING HOPE MENTAL HEALTH HOSPITOL, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and LINCOLN REGIONOL,<br><br>Defendants. | 8:22CV228<br><br>ORDER |

On July 12, 2022, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis that complies with 28 U.S.C. § 1915 within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 14th day of September, 2022.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge